G. Lydia HENRIKSEN, Petitioner,

v.

DEPARTMENT OF ENERGY,
Respondent.

No. 00–3096.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2001.

Before MAYER, Chief Judge,
CLEVENGER and RADER, Circuit
Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDER and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Melinda A. TATE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 99–3396.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2001.

Before MAYER, Chief Judge,
CLEVENGER and RADER, Circuit
Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDER and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.